## WOODWORTH v. CLARK.

An issue must be directly answered.

ERROR to reverse a judgment of a single minister of justice, in an action brought by Clark against Woodworth upon a note. Woodworth plead specially in bar — That said note was extorted from him by duress, etc. The facts plead in bar were traversed, on which the parties were at issue. Judgment — That the plea and rejoinder and matters therein alleged, are

not so proved as to amount to and be a sufficient bar to said action, and that the plaintiff recover.

Error assigned — That the judgment did not answer the issue.

Judgment — Manifest error.   All questions of fact put in issue to the court or jury are to be directly answered by finding them to be true or not true.   See Bacon v. Child et al. Windham, September Term, 1792.